No. 492, Misc. Beecher *v.* Leavenworth State Bank et al. C. A. 9th Cir. Certiorari denied. 

No. 447, Misc. Vanderwyde *v.* Denno, Warden. C. A. 2d Cir. Certiorari denied. Mr. Justice Black and Mr. Justice Douglas are of the opinion certiorari should be granted. *Rudolph Stand* for petitioner. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Samuel A. Hirshowitz* and *Theodore P. Halperin,* Assistant Attorneys General, and *Frank S. Hogan* for respondent. 

No. 228. Mazer et al., doing business as June Lamp Manufacturing Co., *v.* Stein et al., doing business as Reglor of California, *ante,* p. 201; and

No. 351, Misc. Cross *v.* Supreme Court of California, *ante,* p. 915. Petitions for rehearing denied.

April 26, 1954.*

No. 644. Vissering Mercantile Co. et al. *v.* Annunzio, Director of Labor, et al. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Preston C. King, Jr.* and *Preston B. Kavanagh* for appellants. 

No. 652. Arens et al. *v.* Village of Rogers. *Per Curiam:* The appeal is dismissed for the want of a substantial

---

*Mr. Justice Jackson took no part in the consideration or decision of the cases in which orders are this day announced.